LINKER REALTY CORPORATION, appellant,

*v.*

S. S. C. REALTY COMPANY et al., respondents.

[Decided January 10th, 1935.]

*Messrs. Waddington & Matthews,* for the appellant.

*Mr. Elmer G. Van Name,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Davis, and reported in *115 N. J. Eq. 427.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 13.

*For reversal*—None.